UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80339-CIV-MIDDLEBROOKS/JOHNSON

FLORIDA WILDLIFE FEDERATION, a Florida
not-for-profit corporation; and SIERRA CLUB INC.,
a not-for-profit corporation,

    Plaintiff,

v.

UNITED STATES ARMY CORPS OF ENGINEERS;
and COLONEL ROBERT M. CARPENTER,
District Engineer, in his official capacity,

    Defendants.
_____/

FILED by ___ D.C.
JUL 19 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion for Page Enlargement of Motions for Summary Judgment (DE 30), filed July 14, 2005, and Joint Motion for Enlargement of Time to File Motions for Summary Judgment and Subsequent Briefing (DE 32), July 18, 2005. On July 19, 2005, the parties filed an Amendment to the Joint Motion for Enlargement of Time to File Motions for Summary Judgment and Subsequent Briefing. The Court has reviewed the record and is otherwise fully advised in the premises.

In light of the factual complexity of the instant case, and the voluminous nature of the administrative record, the Court finds that a page enlargement for the motions for summary judgment is warranted. Further, in light of the parties' representation that supplementation of that record, to which the parties have agreed, will not be completed until on or about July 22, 2005, the Court finds that a limited extension of time of the expedited briefing schedule set by

1

the parties and the Court is appropriate.

Accordingly, it is hereby

ORDERED AND ADJUDGED that the Joint Motion for Page Enlargement of Motions for Summary Judgment (DE 30) is GRANTED. The parties shall have leave to file memoranda of law in support of their motions for summary judgment not to exceed fifty (50) pages; it is further

ORDERED AND ADJUDGED that the Joint Motion for Enlargement of Time to File Motions for Summary Judgment and Subsequent Briefing (DE 32) is GRANTED. The parties shall have until **August 8, 2005** to file dispositive motions; until **August 22, 2005** to file memoranda in opposition; and until **August 31, 2005** to file reply memoranda.

DONE AND ORDERED in Miami, Florida, this 17 day of July, 2005.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record